### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| **DANNY MAYES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   No. 18-CV-1359 |
| | ) |
| **BOARD OF EDUCATION FOR** | ) |
| **PEORIA DISTRICT 150,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF SETTLEMENT

    Now comes defendant, Board of Education of Peoria Public School District 150, and pursuant to Local Rule 16.1(c), notifies the Court that the Parties have reached a settlement in the above-captioned case.

    Respectfully submitted,

By: /s/ *Ebony C. Smith*
One of Defendant's Attorneys

Babak Bakhtiari, ARDC # 6291376
Ebony C. Smith, ARDC # 6317091
Hodges, Loizzi, Eisenhammer,
   Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Fax)
bbakhtiari@hlerk.com
esmith@hlerk.com

## CERTIFICATE OF SERVICE

      I, Ebony C. Smith, an attorney, certify that on March 27, 2020, a true and correct copy of the foregoing **Notice of Settlement** was served via the Court's ECF/electronic mailing system and via electronic mail addressed to:

Danny Mayes
908 W. Forrest Hill
Peoria, IL 61604
d.mayes908@sbcglobal.net
danny.mayes@psd150.org

                                                By:    /s/ *Ebony C. Smith*
                                                                One of the Defendant's Attorneys

Babak Bakhtiari, ARDC # 6291376
Ebony C. Smith, ARDC # 6317091
Hodges, Loizzi, Eisenhammer,
   Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Fax)
bbakhtiari@hlerk.com
esmith@hlerk.com

623583_1